UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DONALD FLOYD | CIVIL ACTION NO. 03-0624 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, et al | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

### Report and Recommendation

This matter was referred to the undersigned for Report and Recommendation. The parties have agreed that ERISA governs the employee benefit plan, that plaintiff's claims are preempted by ERISA, that the administrator has discretionary authority to interpret the plan and determine eligibility for benefits. In addition, a copy of the employee benefit plan and administrative record has been filed and plaintiff has voiced no objection to its completeness. Further, by Memorandum Ruling of April 29, 2005, the District Judge denied plaintiff's motion for summary judgment, finding that defendant did not abuse its discretion in its decision to discontinue payment of disability payments. Supplemental briefs on the administrative record were ordered filed.

The defendants did not file motions for summary judgment. However, the decision of District Judge Little that Liberty did not abuse its discretion constitutes the law of the case in this matter and should not be disturbed. Further, the parties' briefs have not raised law or evidence that causes us to change Judge Little's decision.

Therefore, IT IS RECOMMENDED that the district judge adopt the analysis, conclusions and finding of no abuse by Judge Little and enter judgment denying benefits.

**OBJECTIONS**

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and Fed.R.Civ.P. 72(b), the parties have ten (10) business days from service of this Report and Recommendation to file specific, written objections with the clerk of court. A party may respond to another party's objections within ten (10) days after being served with a copy thereof. A courtesy copy of any objection or response or request for extension of time shall be furnished to the district judge at the time of filing. Timely objections will be considered by the district judge before he makes his final ruling.

**FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN TEN (10) BUSINESS DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT UPON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE UN-OBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE.**

THUS DONE AND SIGNED at Alexandria, Louisiana, this 6th day of December 2006.

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE