RECEIVED
IN ALEXANDRIA, LA.
DEC 28 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DONALD FLOYD | CIVIL ACTION NO. 03-0624-A |
| -vs- | JUDGE DRELL |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the previous determinations by Judge F. A. Little, Jr. constitute the law of the case. Accordingly, Plaintiff's claims are **DENIED AND DISMISSED WITH PREJUDICE**.

SIGNED on this 27 day of December, 2006, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE